# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BISPO, | Case No. 1:20-cv-01457-SAB |
| Plaintiff, | ORDER ADVISING PARTIES OF STAY OF ACTION PURSUANT TO GENERAL ORDER 615 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On October 14, 2020, Anthony Bispo ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability benefits pursuant to the Social Security Act. On October 15, 2020, the Court ordered that the complaint and summons be served. On November 11, 2020, Plaintiff filed a notice that the service documents had been submitted to the United States Marshal, but on review of the documents, they are actually a proof of service showing that the documents were mailed on October 16, 2020. Further, the Commissioner filed a consent/decline form on October 29, 2020, and on October 30, 2020, this matter was assigned to the undersigned for all further proceedings.

Plaintiff is advised care should be used to select the correct docket event when entering items on the docket. In this instant, the correct docket annotation would be summons returned

executed, rather than submission of documents to the United States Marshal.

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.

Accordingly, the parties are HEREBY NOTIFIED that pursuant to General Order Number 615, this action has been stayed and the stay will be automatically lifted when the Commissioner files the certified copy of the administrative record. See E.D. Cal. G.O. No. 615, ¶¶ 6, 10; see also ¶ 11 (setting forth good cause requirement to request lifting of stay in a specific case).

IT IS SO ORDERED.

Dated:   **November 9, 2020**

_____
UNITED STATES MAGISTRATE JUDGE